United States District Court
Eastern District of New York

1:21-cv-00062-ENV-VMS

Dana Newton, individually and on behalf of
all others similarly situated,

Plaintiff,

- against -

Notice of Voluntary Dismissal

Orgain Management, Inc.,

Defendant

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   April 14, 2021

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/15/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Application Granted
SO ORDERED
Brooklyn, New York

1:21-cv-00062-ENV-VMS
United States District Court
Eastern District of New York

Dana Newton, individually and on behalf of all others similarly situated,

                              Plaintiff,


                    - against -


 Orgain Management, Inc.,

                              Defendant


## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
   Tel: (516) 268-7080
   Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  April 14, 2021

                                        /s/ Spencer Sheehan
                                        Spencer Sheehan

Certificate of Service

I certify that on April 14, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan